# United States District Court

FILED

OCT 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
v.

**MONTRECE LAMONT GORDON**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3 07 70509

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 7, 2007, in San Francisco County, in the Northern District of California, the defendant, having been previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, did possess a firearm which has been shipped or transported in interstate or foreign commerce, in violation of Title 18 United States Code, Section 922(g), <u>Felon in Possession of a Firearm</u>.

I further state that I am an <u>Inspector</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. § 922(g):
Maximum term of imprisonment of 10 years; $250,000 fine; 3 years supervised release; and $100 special assessment fee.

APPROVED AS TO FORM: _____/s/_____
Derek Owens, AUSA

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Arrest Warrant Requested:   ☒ Yes ☐ No
Bail Amount:   No Bail

_____/s/_____
Signature of Complainant, Michael Hamilton

Sworn to before me and subscribed in my presence,

October 12, 2007                            at   San Francisco, California
Date                                                    City and State

**Edward M. Chen**
**United States Magistrate Judge**                _____/s/_____
Name & Title of Judicial Officer                   Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**            )
                                            )   ss. **AFFIDAVIT**
**NORTHERN DISTRICT OF CALIFORNIA**         )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING MONTRECE LAMONT GORDON,
WITH VIOLATING 18 U.S.C. § 922(g);
FELON IN POSSESSION OF A FIREARM

I, Michael Hamilton, being duly sworn, depose and state:

*Affiant Background*

    1.    I am an Inspector employed for the San Francisco Police Department (SFPD), and have been employed by the SFPD for over twenty five years. For the past nine years I have been on assignment with the Bureau of Alcohol, Tobacco and Firearms (ATF) in San Francisco. During my career I have investigated hundreds of cases involving the illegal possession of firearms.

*Purpose of Affidavit*

    2.    This affidavit establishes probable cause to arrest MONTRECE LAMONT GORDON for being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g), when he possessed a firearm that had been previously transported in interstate or foreign commerce after he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

    3.    This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

*Relevant Statute*

    4.    Title 18 U.S.C. § 922(g) was in full force and effect throughout the period of this investigation. Title 18 U.S.C. § 922(g) states, in pertinent part, "It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

*Facts Supporting Probable Cause*

5.  On or about 12:00 a.m., September 7, 2007, San Francisco Police ("SFPD") officers responded to a report by a witness of a robbery that occurred near the intersection of 21st Street and Shotwell Street in the Mission district of San Francisco. The report indicated that a victim was walking down the street when he was approached by four individuals. One of those individuals suddenly struck the victim in the face, knocking him to the ground. The witness described the suspect who struck the victim as being a heavy-set, black male wearing a black shirt, black jeans and glasses, who was accompanied by one other male, and two females. One of the suspects stated to the victim, "give me your wallet and cell phone," then took the victim's wallet, cell phone, and money, and fled the scene. The witness also told the police that all four suspects were walking northbound on Shotwell Street.

6.  After hearing notification of the robbery from SFPD dispatch, Officers Riboli and Perdomo responded to the area. While driving southbound on Shotwell Street, the officers saw a man matching the description of a heavy-set, black male wearing a black shirt, black jeans and glasses, later identified as MONTRECE LAMONT GORDON ("GORDON"). GORDON was walking northbound on Shotwell Street, near 18th Street, and he was in the company of another male and two females.

7.  The officers parked the marked patrol vehicle on the corner of 18th Street and Shotwell Street, and, while in full uniform, approached the four suspects. Officer Riboli approached GORDON, while Officer Perdomo attempted to make contact with the male and females who were with GORDON. GORDON immediately ran from the scene, and because he matched the scene of the main suspect, Officers Riboli and Perdomo both followed in pursuit eastbound on 18th Street. Officer Perdomo yelled several times to stop, but GORDON kept running.

8.  While pursuing GORDON, midblock between 18th Street and Folsom Street, Officer Perdomo saw GORDON reach under his shirt and into his waistband with his right hand. GORDON removed what appeared to be a firearm, and throw it over the fence of the PG&E parking lot near the corner of 18th Street and Folsom Street. Officer Perdomo watched as the firearm left GORDON'S hand, traveled over the fence, and hit a solar panel before it landed on the ground in the PG&E parking lot.

9.  Officers Riboli and Perdomo caught up to GORDON and attempted to take him into custody. GORDON resisted the officers and it took additional officers to arrive and assist in handcuffing GORDON. GORDON has a listed height of 5'10", and weight of 275 pounds.

10. Officer Ruetti recovered the fully loaded firearm from the PG&E parking lot. It was identified as a Smith & Wesson, .38 caliber revolver. ATF Interstate Nexus expert Special Agent Thomas Cleary determined the firearm was not manufactured in the state of California.

11. GORDON'S criminal history shows him to have five prior felony convictions, four resulting in State Prison sentences of more than one year. SFPD officers contacted the robbery victim. The victim could not positively identify GORDON as the person who committed the robbery.

*Conclusion*

12. Based on the facts and information detailed in the affidavit, I believe probable cause exists that MONTRECE LAMONT GORDON possessed a firearm in violation of 18 U.S.C. § 922(g), when he possessed a firearm that had been previously been transported in interstate or foreign commerce after he had been convicted of a crime punishable by imprisonment for a term exceeding one year. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Michael Hamilton
Inspector
San Francisco Police Department
Bureau of Alcohol, Tobacco
and Firearms

SUBSCRIBED AND SWORN BEFORE ME
ON OCTOBER  12  , 2007

_____
THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge
Northern District of California